**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 02 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronald D. Granger

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Graham C.C. H.C.U. M.D.
Shawnee ViIle C.C.H.C.U. M.D.
Dr. P. Ghosh. M.D. McFadden

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No. **08CV0039**
**JUDGE DOW**
**MAG. JUDGE BROWN**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
    1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
    TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. Plaintiff(s):

   A. Name: Ronald D. Granger

   B. List all aliases: _____

   C. Prisoner identification number: B-24617

   D. Place of present confinement: Stateville C.C.

   E. Address: P.O. Box 112 Joliet IL 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Graham C.C. H.C.U. M.D. + Dr.
      Title: Dr. M.D.
      Place of Employment: Graham C.C.

   B. Defendant: Stateville C.C. H.C.U. Dr Ghosh + MD McFadden
      Title: Dr P. Ghosh An M.D. McFadden
      Place of Employment: Stateville C.C.

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.   Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C.   If your answer is YES:

1. What steps did you take? Send to Grievance officer Send to A.R.B. Inmate Issue

2. What was the result? 60 days Timeframe

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I was In St John Hospital In Springfield Under Heavy Medication / 60 days Timeframe

D.   If your answer is NO, explain why not: I was In St John Hospital Under I.D.O.C. By Graham C.C. Under Heavy Medication / 60 days Timeframe

3

E.  Is the grievance procedure now completed? YES (X)  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities? YES ( )  NO ( )

G.  If your answer is YES:

  1.  What steps did you take?

  _____
  _____
  _____

  2.  What was the result?

  _____
  _____
  _____

H.  If your answer is NO, explain why not:

  _____
  _____
  _____
  _____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Court of Claims, Personal Injuries Case Number 08CC0170 Springfield Ill

B. Approximate date of filing lawsuit: July 29, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ronald D. Granger

D. List all defendants: I DOC H.C.U. M.D. McFadden Dr Ghosh Stateville C.C.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims Springfield Ill 62756

F. Name of judge to whom case was assigned: J. Robert Sprague Chief Justice N. Jann, P. Birnbaum, R. Steffen, D. Shorino, J. Kaplan, D. Rarel

G. Basic claim made: 

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending, Assigned to Commissioner Neal, David 116 N. Chicago St STE 602 Joliet IL 60432

H. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Aug of 2006 I was send to St Johns Hospital By Graham C.C. H.C.U. Doctor + M.D. I stay in St Johns Hospital for A Month 1/2. On Return to Graham C.C. H.C.U. I was put on Dialysis by Graham C.C. H.C.U. In Sep 2006 I was Transfer to Statesville C.C. On 7-7-07 I was Inform By Statesville H.C.U. M.D. McFadden An Dr Ghosh that A Error was made on me By Graham C.C. H.C.U. Dr. An M.D. I was Misdiagnosis By Graham C.C. H.C.U. for Bad kidnally. On 7.7.07 I was takeing off Dialysis By Statesville C.C. H.C.U. M.D. McFadden An Dr. P. Ghosh. they said I never needed Dialysis. Now I Have A Bad Liver from the Dialysis treatment. I still Have Hole In My Arm. Hole In My Chest from the Dialysis treatment. I am A Disability Inmate Now.

In Aug 2006 #2 Disciplinary Report was wrote on me. I didnot have know knowledge of the #2 Disciplinary Ticket. I was in St. Jhon Hospital Chainge to the Bed Under Heavy Medication In St. Jhon Hospital In Springfield ILL By Graham C.C. H.C.U.. If I knew I had #2 Disciplinary Report wrote on me I could file my Grievance In Timeframe. I Lost #1year 6month I Lost my S.M.G. An S.M.G. Good Time. I was Put In C Grade. I was put In Segregation. I didnot have a Hearing On the #2 Ticket they Gave A Maxium Transfer to Shatellzlle C.e.

(that Why I didnot file In timeframe 60 days)

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Asking to Be Release so I can Receive Proper Medical Attiseon My Family Have 100 pecent Medical Coverage on Me.

Or 500,000 dollars from Personal Injuries An Pain An Suffering.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this 24 day of Dec, 2007

_Ronald D. Tronger_
(Signature of plaintiff or plaintiffs)

B-24617
(I.D. Number)

Stateville C.C. P.O. Box 112
Joliet IL 60434
(Address)

8



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker, Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

DATE:   7-18-07

TO:   Granger B24617

FROM:   T. Garcia, Corr. Couns. II
Grievance Office

SUBJECT:   **ATTACHED GRIEVANCE -**

The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached Committed Person's Grievance Report.

_____ It was not filed within 60 days of discovery of the incident, occurrence, or problem which gives rise to the grievance as required in DR 504F, Grievance Procedures for Committed Persons.

__X__ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

_____ It appears that no attempt has been made to resolve the issue as required by DR 504F.

_____ Issue is currently being reviewed by _____

_____ Issue previously addressed. No justification for further action.

_____ Other:          \_\_\_\_ Forward to Administrative Review Board

cc:   file

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 7-14-07
Committed Person (Please Print): Ronald D. Granger
ID#: B-24617
Present Facility: Stateville C.C.
Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: __/__/__ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Back In Graham C.C. In August 06 I Was Diagnosis Bad Kindly An Was Put On Dialysis. On 7-7-07 Inform By M.D. McFadden that A Error Been May On Me Here In Stateville C.C. By Misdiagnosis Lab Work Also M.D. McFadden Inform Me Graham C.C. H.C.U. Misdiagnosis Me. Discontinued I Never Needed Dialysis. On 7-7-07 I Was Taking Off Dialysis By M.D. McFadden. I am Consult Attorney for Medical Malpractice An Misdiagnosis Lab Work An Surger on My Arm An Chest.

Relief Requested: I am Asking for 1 Million dollars. Or M.S.R. Me.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ronald D. Granger    B-24617    7,14,07
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: 7,18,07
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [X] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

W. McCann    7,18,07
Chief Administrative Officer's Signature    Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001)
Printed on Recycled Paper    Replaces DC

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Granger** (Last Name) **Ronald** (First Name) MI **B24617** (ID#)

Facility: **Stateville**

☒ Grievance (Local Grievance # (if applicable): **10-1-07** ) or ☐ Correspondence

Received: **11, 9, 07** Regarding: **Dialysis**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ (circled) Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL 62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___/___/___ (Date)
- ☐ No justification provided for additional consideration. **Required**

Other (specify): **The above is provided. But your grievance also fails to cite specifics, such as dates, when incidents occurred, where etc.**

Completed by: **Sherry Benton** (Print Name / Signature) **11, 13, 07** (Date)

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

F-02-07

| Date: 10-1-07 | Offender: (Please Print) Ronald Granger | ID#: B-24617 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] HIPAA
- [x] Other (specify): Dialysis

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I Ronald Granger was misdiagnosis by Medical Staff Here In Stateville C.C. the H.C.U. Made An Error On Me. It Cost A Disbility In My Arm An Liver An Kidney. I was Inform By the H.C.U. An M.D. McFadden That I Never Needed Dialysis. the H.C.U. Misdiagnoses Lab Work. Now I Have A Liver Problem from the Error that H.C.U. Made On Me.

Relief Requested: I am Asking for 500,000. dollars or A Interview with the A.R.B.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ronald Granger  B-24617  10/1/07
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10/16/07  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Sent to Health care unit to answer

E.B. Thierwier    EAT    10/23/07
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
NOV - 9 2007
OFFICE OF INMATE ISSUES

_____  ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper