PRISONER CASE 

UNITED STATES DISTRICT  08CV0039
NORTHERN DISTRICT O
Civil Cover S   JUDGE DOW
MAG. JUDGE BROWN

Plaintiff(s):  RONALD D. GRANGER     Defendant(s): GRAHAM C.C. H.C.U. M.D., et al.

County of Residence: WILL      County of Residence:

Plaintiff's Address:            Defendant's Attorney:

Ronald D. Granger               Illinois Department of Corrections
B-24617                         100 West Randolph, Suite 4-200
Stateville - STV                Chicago, IL  60601
P.O. Box 112
Joliet, IL 60434

Basis
of Jurisdiction:  ☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question
                                                       (U.S. gov't. not a party)

                  ☐ 2. U.S. Government Defendant    ☐ 4. Diversity

Citizenship of Principal Parties (Diversity Cases Only)

          Plaintiff:

          Defendant:

**FILED**

JAN -2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Origin:   ☑ 1. Original Proceeding          ☐ 5. Transferred From Other District

          ☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation

          ☐ 3. Remanded From Appellate Court ☐ 7. Appeal to District Judge from
                                                  Magistrate Judgment

          ☐ 4. Reinstated or Reopened

Nature of Suit: 555 Prison conditions

Cause of Action: 42:1983pr

Jury Demand:  ☐ Yes   ☑ No

Signature: *A. E. Woodham*    Date: 01/03/2008