AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of __Illinois Eastern Division__

__Northern__

Ronald D. Granger

Plaintiff

v.

I.D.O.C.

Defendant

**FILED**
JAN 0 2 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE **08CV0039
JUDGE DOW
MAG. JUDGE BROWN**

I, __Ronald D. Granger__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __"Stateville C.C."__

   Are you employed at the institution? __NO__    Do you receive any payment from the __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

**Ronald Granger**
_____ Claimant _____ )
                          )
       vs                 )   No. _____
State of Illinois and the )   $ _____
Illinois Department of Corrections  )
       Respondents        )        Amount Claimed

Application to Sue or Defend as a Poor Person

I, **Ronald D. Granger**, am the claimant in the above entitled action and being duly sworn state:

1. I am presently incarcerated at the **Statesville** Correctional Center and as such have no means of income.

2. I have no other sources of income. **NO**

3. My income from the preceding year was $ **NO**.

4. I own no real estate except **NO**
   (list address, nature of improvements and value)

5. No applications were filed by or in behalf of claimant to sue or defend as a poor person during the preceding year except:

6. I am unable to pay the costs of this court action.

7. I believe the applicant has a meritorious claim.

                                   s/s **Ronald Granger**
                                          Claimant

Subscribed and sworn to before me this
**24** day of **Dec**, **2007**

_____
Notary Public

Form revised 05-29-04

Prop

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NO

I declare under penalty of perjury that the above information is true and correct.

_____   Ronneld D. Tranger B-24617
      Date                   Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____.

I further certify that during the past six months the applicant's average balance was $ _____.

_____         _____
      Date                   Signature of Authorized Officer

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: B24617;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B24617 Granger, Ronald D.**          **Housing Unit: STA-F -02-07**

| | |
|---|---:|
| Total Inmate Funds: | 77.84 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 77.84 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |