MAR 11 2008
FILED
MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Ronald Granger, B-24617  )
   Plaintiff,  )
        )  Case No. 08 C 39
  v.    )
        )
Dr. P. Ghosh,  )  Robert M. Dow, JR.
   Defendant.  )  Judge Presiding

## MOTION TO ADD DEFENDANT TO ORIGINAL SUIT

The Plaintiff wishes to add Dr. Zaire, of Graham Correctional Center, to his original suit at hand.

Dr. Zaire is responsible for the Plaintiff being placed on dialysis. The doctor erred in placing the Plaintiff on dialysis and was incompetent in doing so.

The Plaintiff was not in need of dialysis treatment, he was in fact healthy, but due to Dr. Zaire's misdiagnotics, the Plaintiff's health has deteriorated.

Dr. Zaire's unprofessionalism caused the Plaintiff a damaged liver and a hole in his arm from said dialysis treatment.

The Plaintiff now suffers from irreparable harm and is now being denied further treatment for his damaged liver and hole in his arm by the remaining defendants, Dr. P. Ghosh and Dr. McFadden.

Defendants Dr. P. Ghosh and Dr. McFadden are denying the Plaintiff further treatment for his damaged liver and hole in the arm rendering their actions Intentional Tortfeasors: People who "Deliberately" behaved [malicious and sadistic], acted with [reckless and callous indifference]- and showed a [willful disregard for your rights], with no other purpose besides retaliation and harassment.

Defendant, Dr. Zaire, conduct renders Negligent Tortfeasors: People who made an accidental mistake that caused problems for you. Due to Dr. Zaire's conduct the Plaintiff endures irreparable harm.

Respectfully Submitted,

3-1-08
Date

Ronald B. Tranger B-24617
Plaintiff, Pro Se