## United States District Court for the Northern District of Illinois

Case Number: 08cv829          Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _4-1-08_ as to _defendant_
                               (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05