# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 39 | **DATE** | April 22, 2008 |
| **CASE TITLE** | Ronald Granger (B-24617) v. Dr. P. Ghosh | | |

**DOCKET ENTRY TEXT:**

Plaintiff Ronald Granger's motion to add a defendant [7] is denied without prejudice. If Plaintiff seeks to add a defendant, he must submit an amended complaint. An amended complaint supersedes and replaces an original complaint, and an amended complaint must stand complete on its own. Plaintiff thus should list all of the claims he seeks to raise and name all of the defendants he seeks to sue in the amended complaint. The Court cannot refer to separate pleadings to determine all of the claims or the defendants to a suit. The clerk shall forward to Plaintiff an amended complaint form.

Docketing to mail notices.

isk

Page 1 of