UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD D. GRANGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 39 |
| | ) | Judge Robert M. Dow, Jr |
| PARTHA GHOSH, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, DR. PARTHA GHOSH, by his attorneys, CHARYSH & SCHROEDER, LTD., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure moves this Court for an enlargement of time to file an answer or otherwise plead to plaintiff's complaint, and in support thereof states:

1.    Plaintiff filed his complaint on January 2, 2008, in the United States District Court for the Northern District of Illinois.

2.    Defendant, Dr. Partha Ghosh, was served with a waiver of summons which he executed on or about March 18, 2008.

3.    The law firm of Charysh & Schroeder, Ltd., was recently retained to provide a defense for defendant Ghosh, and requests additional time within which to obtain the necessary records and to confer with defendant Ghosh to prepare the appropriate responsive pleading to the plaintiff's complaint.

WHEREFORE, defendant, Dr. Partha Ghosh requests an enlargement of time until May 19, 2008, to file an answer or otherwise plead to plaintiff's complaint.

                                            CHARYSH & SCHROEDER, LTD.

                                            /s/Richard A. Tjepkema

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

      The undersigned attorney certifies that on April 28, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on April 28, 2008, with proper postage prepaid.

                                                              s/ Richard A. Tjepkema