UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ronald D Granger
                              Plaintiff,

v.                                                        Case No.: 1:08−cv−00039
                                                        Honorable Robert M. Dow Jr.

P Ghosh, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant P Ghosh to dismiss [16] is taken under advisement. Plaintiff to respond by 6/30/08 and defendant to reply by 7/14/08. Ruling on MOTION by Defendant P Ghosh to dismiss [16] will be by mail. Notice of Motion date of 5/29/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.