**U.S. Department of Justice**
**United States Marshals Service**

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ronald Granger | 08C39   08cv39 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dr. P. Ghosb, et al. | S/C |

**SERVE**   NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

McFadden, M.D., Stateville Correctional Center

**AT**   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Stateville C.C. - C/O K. Sandlin, Legal Dept. P.O. Box 112, Joliet, IL 60434

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald D. Granger-#B24617
Stateville-STV
P.O. Box 112
Joliet, IL 60434

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Wexford Health Source Inc
Attn: Joe Ebbitt
381 mansfield, Suite 205
Pittsburg, PA 15220.

*(vertical text in right margin: PITTSBURGH PA. 2008 APR -2 A 4 04 RECEIVED MARSHAL)*

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02-28-08 |
|---|---|---|

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk   Td | Date |
|---|---|---|---|---|---|
| | 2 of 2 | No. 24 | No. 24 | | 02-28-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|

**FILED**

Address (complete only if different than shown above)

NOT SERVED

JUN 0 4 2008   TC
6-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. D...

| Date of Service 5-8-08 | Time 11:25 pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $90.00 | $4.04 | $8.00 | $102.04 | 0 | $102.04 |

REMARKS: Mailed Certified mail w/ waiver 7007-0710-0000-9600-0931- 1st Endeavor Returned from Stateville with forwarding 3-24 address for McFadden & Wexford Health Source.

Forwards 4-4-08 assigned to DUSM Sewsen on 5-8-08. 1st Mailed = Bad address E66:14 located at 425 holiday Drive Pgh

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

* Provide an address for McFadden.   E66:14 stated the Stateville doesn't work for Wexford Health Source



**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

DOC Legal Services / Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet , IL 60434 / Telephone: (815) 727-3623
Fax: (815) 727-3669
TDD: (800) 526-0844

March 21, 2008

Tomar Dicosta, Civil Desk
U.S. Marshal's Service
2444 Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois 60604

**VIA FAX 312-886-0802**

RE:    Granger v Ghosh, et al
       08 c 39

Dear Ms. Dicosta:

In accordance with the above-captioned civil action, please be advised the following individuals only work at Stateville Correctional Center occasionally. Please contact Wexford Health Sources. I have enclosed forwarding information for the attached service packet:

Please contact Wexford Health Source at:

Wexford Health Source, Inc
Attn: Joe Ebbitt
381 Mansfield, Suite 205
Pittsburg, PA 15220

Please feel free to contact me if you have any questions or need further information regarding this matter.

Sincerely,

Kathy Sandlin

Kathy Sandlin
Litigation Coordinator
DOC Legal Services-Stateville Correctional Center

File
cc: Wexford

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

_____(DISTRICT)_____

## Waiver of Service of Summons

**TO: Ronald D. Granger** _____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, McFadden, M.D. _____  acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Ronald D. Granger vs. Dr. P. Ghosh, et al.
(CAPTION OF ACTION)

which is case number 08C39 _____ in the United States District Court for the
(DOCKET NUMBER)

Northern District of  Illinois _____ .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 27, 2008 _____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____        _____
DATE                                           SIGNATURE

Printed/Typed Name: _____

As _____ of _____
TITLE                                         CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 39 | **DATE** | 2/25/08 |
| **CASE TITLE** | Ronald Granger (B-24617) v. Dr. P. Ghosh | | |

**DOCKET ENTRY TEXT:**

Plaintiff Ronald Granger 's motion for leave to proceed *in forma pauperis* [3] is granted. The court orders the trust fund officer at Plaintiff's place of incarceration to deduct $15.40 from Plaintiff's account for payment to the clerk of court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Stateville Correctional Center. The clerk is directed to issue summonses for service on Defendants Dr. P. Ghosh and Dr. McFadden at Stateville Correctional Center. The Stateville Health Care Unit and Graham Correctional Center Health Care Unit are not suable entities, and are dismissed as Defendants. The clerk is further directed to send to Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

■  [For further details see text below.]                                                    Docketing to mail notices.

---

## STATEMENT

Plaintiff Ronald Granger (B-24617), currently in custody at Stateville Correctional Center, has brought this civil rights action pursuant to 42 U.S.C. § 1983 naming as defendants Stateville Drs. Ghosh and McFadden, and Stateville and Graham Correctional Centers Health Care Units. Plaintiff states that doctors at the Graham prison placed Plaintiff on dialysis; that Stateville doctors took him off dialysis; that Plaintiff now has a damaged liver and a hole in his arm from dialysis treatment; that he is unable to obtain adequate medical treatment; and that, while he was in the hospital, he was unfairly disciplined, resulting in the loss of good time credit. Plaintiff seeks to be released to obtain adequate medical treatment.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $15.40. The trust fund officer at Plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from Plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and this case number. Plaintiff remains responsible for this payment obligation, and trust fund officers at Stateville shall notify authorities of any outstanding balance if plaintiff is transferred to another facility.

**(CONTINUED)**

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK

BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: FEB 2 - 2008

isk

Page 1 of

## STATEMENT (continued)

Under 28 U.S.C. § 1915A, the Court is required to conduct a preliminary review of the complaint. In this case, Plaintiff may not proceed with his claims against the Stateville Correctional Center and Graham Correctional Center Health Care Units, as neither a correctional facility, nor a division therein, are suable entities. *See Castillo v. Cook County Jail*, 990 F.2d 304, 307 (7th Cir. 1993). Accordingly, the health care units are dismissed as defendants to this suit. Plaintiff may proceed with his claims that he is unable to obtain adequate medical care from Stateville Dr. P. Ghosh and Dr. McFadden, and these defendants must respond to the complaint. The clerk shall issue summonses forthwith for these defendants and send to Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

The United States Marshals Service is appointed to serve Stateville Dr. P. Ghosh and Dr. McFadden. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve these defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve these defendants. With respect to former correctional employees who no longer can be found at the work address provided by Plaintiff, the Stateville Correctional Center shall furnish the Marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the original plus a judge's copy of every document filed. In addition, Plaintiff must send an exact copy of any court filing to the defendants or to their attorney, if an attorney has entered an appearance on their behalf. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to Plaintiff.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**RONALD D. GRANGER,**

**CASE**   **08-CV-39**

VS.

**JUDGE**   **ROBERT M. DOW, JR.**

**DR. P. GHOSH, et al,**


TO:   McFadden, M.D.


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:             Ronald D. Granger - #B-24617
                  Stateville - STV
ADDRESS:          P.O. Box 112
                  Joliet, IL 60434


answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


MICHAEL W. DOBBINS, CLERK             February 27, 2008
                                      Date


Deputy Clerk - Angela Revis

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____

Date                                    Signature of Server

_____

Address of Server

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

Case Title                                    Case Number:


                                     Assigned Judge:

         V.

                                       Designated
                                       Magistrate Judge:

        In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment.  If an objection is filed by any party,  the case will be reassigned to the district judge before whom it was last pending.


_____    By:_____   _____
    Date                  Signature                  Name of Party or Parties


_____    By:_____   _____
    Date                  Signature                  Name of Party or Parties


_____    By:_____   _____
    Date                  Signature                  Name of Party or Parties


_____    By:_____   _____
    Date                  Signature                  Name of Party or Parties


Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED** Ⓐ

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronald D. Granger
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Graham C.C. H.C.U. M.D.
StateVille C.C. H.C.U. M.D.
Dr. P. Ghosh. M.D. McFadden
_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**08CV0039**
**JUDGE DOW**
**MAG.JUDGE BROWN**

Case No._____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I.   Plaintiff(s):

A.   Name: Ronald D. Granger

B.   List all aliases: _____

C.   Prisoner identification number: B-24617

D.   Place of present confinement: Stateville C.C.

E.   Address: P.O. Box 112 Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: Graham C.C. ~~HCU~~ H.C.U. M.D. + Dr.

Title: ~~old~~ Dr. M.D.

Place of Employment: Graham C.C.

B.   Defendant: Stateville C.C. H.C.U. Dr Ghosh + MD McFadden

Title: ~~old~~ Dr P. Ghosh An M.D. McFadden

Place of Employment: Stateville C.C.

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2.

III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)    NO ( )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)    NO ( )

C.    If your answer is YES:

1.    What steps did you take? Send to GRIEVANCE officer
Send to A.R.B. Inmate Issue

2.    What was the result? 60 days Timeframe

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

I Was In St John Hospital In Springfield
Under Heavy Medication / 60 days Timeframe

D.    If your answer is NO, explain why not: I Was In St John
Hospital Under I.D.O.C. By Graham C.C.
Under Heavy Medication / 60 days Timeframe

3

E.    Is the grievance procedure now completed?   YES (X)   NO (  )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (  )   NO (  )

G.    If your answer is YES:

      1.    What steps did you take?

      _____
      _____
      _____

      2.    What was the result?

      _____
      _____
      _____

H.    If your answer is NO, explain why not:

      _____
      _____
      _____
      _____

4

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: Court of Claims, personal Injuries Case Number 08CC0170 Springfiel ILL

B.  Approximate date of filing lawsuit: July 29, 2007

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Ronald D. Granger

D.  List all defendants: I.D.O.C. H.C.U. M.D. McFadden, Dr Ghosh StateVille C.C.

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims Springfiel ILL 62156

F.  Name of judge to whom case was assigned: Robert Sprague Chief Justice A. Jann, P. Brubaum, R. Steffen, D. Shobeno, J. Kaplan, D. Raze

G.  Basic claim made: _____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending, Assigned to Commissioner Neal, David 116 N. Chicago St Ste 602 Joliet IL 60432

H.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Aug of 2006 I was Sent to St John Hospital By Graham C.C. H.C.U Doctor + M.D. I Stay In St John Hospital For A month 1/2 On Return to Graham C.C. H.C.U. I Was Puts on Dialysis By Graham C.C. H.C.U. In Sep 2006 I Was Transfer to StateVille C.C. On 7-7-07 I Was Inform By StateVille H.C.U. M.D. McFadden An Dr Ghosh that A Error Was Maid On Me By Graham C.C. H.C.U. Dr. An M.D. I Was MisDiagnosis By Graham C.C. H.C.U. Dr Bad Kindly. On 7.7.07 I Was takeing off Dialysis By StateVille C.C. H.C.U. M.D. McFadden An Dr. P. Ghosh. they Said I Never Needed Dialysis. Now I Have A Bad Liver from the Dialysis treatment. I Still Have Hole In My Arm. Hole In My Chest from the Dialysis treatment. I am A Disability Inmate Now.

In Aug 2006 #2 Disciplinary Report Was
Wrote On Me. I Dednt Have Know
Knowledge of the #2 Disciplinary Ticket. I
Was In St Jhon Hospital Change to the
Bed Under Heavy Medication In St Jhon
Hospital In Springfield ILL By Graham C.C
H.C.U.. If I Knew I Had #2 Disciplinary
Report Wrote On Me I Could file Me
Grievance In Timeframe. I Lost #1year 6month
I Lost My S.M.G.Au Smgt Good Time. I Was Put
In C Grade. I Was Put In Segregation.
I Dednt Have A Hearing On the #2 Ticket
they Gave A Maxium Transfee to Shatdzlle C.e.

That Why I Dednt file In timeframe
60 days

VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I am Asking to Be Release so I Can
Recive Proper Medical Attigeon My Pamily
Have 100preent Medical Coverage on Me

Or 500.000 dollars from Personial Injuries
An Pain An Suffering.

I declare under penalty of perjury that all facts
given in the complaint are true and correct.

Signed this 24 day of Dec , 2007

Ronald D. Tronger
(Signature of plaintiff or plaintiffs)

B-24617
(I.D. Number)

StateVille C. C. P.O. Box 112
Joliet IL 60434

(Address)

8



**Illinois
Department of
Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# <u>MEMORANDUM</u>

DATE:   7-18-07

TO:   Granger B24617

FROM:   T. Garcia, Corr. Couns. II
Grievance Office

SUBJECT:   <u>**ATTACHED GRIEVANCE**</u> :

The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached Committed
Person's Grievance Report.

_____ It was not filed within 60 days of discovery of the incident, occurrence, or
problem which gives rise to the grievance as required in DR 504F, Grievance
Procedures for Committed Persons.

_____ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

_____ It appears that no attempt has been made to resolve the issue as required by DR
504F.

_____ Issue is currently being reviewed by _____

_____ Issue previously addressed. No justification for further action.

_____ Other:   _____ Forward to Administrative Review Board

cc:   file

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 7-14-07 | Committed Person (Please Print): Ronald D. Granger | ID: B-24617 |
|---|---|---|

Present Facility: Stateville C.C.   Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ Other _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
　　　　　Date of Report　　　　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　Administrative Officer.

Brief Summary of Grievance: Back In Graham C.C. In August 06 I Was Diagnosis Bad Kidney And Was Put On Dialysis. On 7-7-07 Intern By M.D. McFadden that A Error Been ███████ May On Me Here In Stateville C.C. By Misdiagnosis Lab Work Also M.D. McFadden. Intern Me Graham C.C. H.C.U. Misdiagnosis Me. Discountinued I Never Needed Dialysis. On 7-7-07 I Was Takeing Off Dialysis By M.D. McFadden. Iam Consults Attorney for Medical Malapractices An Misdiagnosis Lab Work An Surger on My Arm An Chest

Relief Requested: I am Asking for 9 Million dollars. Or M.S.R. Me.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ronald D. Granger ___ B-24617 ___ 7-14-07
　Committed Person's Signature　　　ID　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___　☐ Send directly to Grievance Officer　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

_____

Print Counselor's Name　　　Counselor's Signature　　　Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: 7-18-07　Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

W. McCann ___ 7-18-07
　Chief Administrative Officer's Signature　　　Date

Distribution: Master File; Committed Person　　　Page 1　　　DOC 0046 (Eff. 10/2001)
　　　　　　　　　　　　　Printed on Recycled Paper　　　　Replaces DC 5657

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Granger_ _Ronald_ ___ _B24617_
Last Name          First Name        MI        ID#

Facility: _Stateville_

☒ Grievance (Local Grievance # (if applicable): _10-1-07_ )  or  ☐ Correspondence
Received: _11, 9, 07_   Regarding: _Dialysis_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
    Office of Inmate Issues
    1301 Concordia Court
    Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
    319 E. Madison St., Suite A
    Springfield, IL  62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___/___/___.
    Date
- ☐ No justification provided for additional consideration. _Required_

Other (specify): _The above is provided. But your grievance also fails to cite specific, such as dates, when incidents occurred, where etc._

Completed by: _____   _Sherry Benton_   _11, 13, 07_
Print Name              Signature          Date

F-02-07

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 10-1-07 | Offender: (Please Print) Ronald Granger | ID#: B-24617 |

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] HIPAA
- [x] Other (specify) Dialysis

- [ ] Disciplinary Report: ____/____/____     _____
                          Date of Report         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I Ronald Granger Was Misdiagnosis By Medical Staff Here In Stateville C.C. the H.C.U. Mad An Error On Me. It Cost A Disibility In My Arm An Liver An Kidney, I W  Inform By the H.C.U. An M.D. Metabolism the I Never Needed Dialysis, the H.C.U. M  Diagnosis Lab Work. Now I Have A Liver Pr  lem From the Error that H.C.U. Mad On Me

**Relief Requested:** I am Asking for 500,000. dollars or A Interveiw With the A.R.B.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ronald Granger        B-24617        10, 1, 07
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10/16/07    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Sgt to Health care and to answer

E.B.Thinwer                      SGT                  10/23/07
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**RECEIVED**

NOV - 9 2007

_____
Chief Administrative Officer's Signature        Date

OFFICE OF
INMATE ISSUES