**FILED**
JUN 1 6 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk of the United States District Court
    United States Courthouse
    219 South Dearborn Street.
    Chicago, Illinois 60604

Date: June 6th, 2008

From: Ronald D. Granger B-24617    Case No: 1:08-cv-00039
     Stateville Correctional Center
     P.O. Box 112
     Joliet, Illinois 60434-0112

Dear Clerk;

    Enclosed, Please find a copy of ["**PLAINTIFF'S RESPONSE TO COURT'S NOTIFICATION OF DOCKET ENTRY (Document 18)**"] to be filed in the above Case matter:

    **Secondly**, In (Document 10 filed 04/22/2008) the Court requested **the Clerk to forward to plaintiff an amended complaint form.** (Of which to date I have not received), so that known additional defendants can be "Amended" into the suit. Could you please provide that form as soon as possible.

    Thank you in advance for your time and assistance in this regard.

                    Sincerely,

                    *Ronald D. Granger*
                    RONALD D. GRANGER (Plaintiff)

cc:file/RDG.