FILED
JUN 16 2008
JUN 1 6 2008 MB
June 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD D. GRANGER, | ] |
| Plaintiff, | ] Case No: 1:08-cv-00039 |
| -Vs- | ] Honorable Robert M. Dow Jr. |
| Dr. P. GHOSH, et al., | ] |
| Defendant. | ] |

## PLAINTIFF'S RESPONSE TO COURTS NOTIFICATION OF DOCKET ENTRY
### (Document 18)

**COMES NOW** Plaintiff Ronald D. Granger and hereby Responds to the Court's Notification of Docket Entry which is Document 18 filed 05/28/2008 in which this Honorable Court takes under advisement **Defendant P. Ghosh Motion to Dismiss** and allows Plaintiff to Respond by 6/30/08.

Plaintiff <u>has</u> <u>not</u> been served with a copy of defendant Ghosh's **MOTION TO DISMISS** and therefore makes it impossible to comply with this Courts Directive.

**WHEREFORE,** Plaintiff respectfully prays that this Honorable Court order that Plaintiff be **served** with a copy of Defendant (Ghosh's Motion to Dismiss) and grant ample time to file a Response thereto.

Respectfully submitted,

*Ronald D. Granger*
RONALD D. GRANGER B-24617 (Plaintiff)
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434-0112

## PROOF/CERTIFICATE OF SERVICE

I, **Ronald D. Granger** B-24617 the Plaintiff herein Declare that I have caused to be served on all known Defendant's and/or their counsel a true and correct copy of "PLAINTIFF'S RESPONSE TO COURT'S NOTIFICATION OF DOCKET ENTRY (Document 18)" by placing the same in the U.S. Mail, Postage Prepaid on this 6th day of June, 2008.

*Ronald D. Granger* (signature)
Ronald D. Granger B-24617
Stateville Correctional Center
P.O. Box 112
Joliet, Ill. 60434-0112