# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 39 | **DATE** | July 3, 2008 |
| **CASE TITLE** | Ronald Granger (B-24617) v. Dr. P. Ghosh | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's response to the May 28, 2008 order as a motion for extension of time [22], which the Court grants. Plaintiff has until August 7, 2008, to file a response to Defendant's motion to dismiss. If a response is filed, Defendant has until August 21, 2008 to file a reply. Ruling on the motion to dismiss will be by mail. The Clerk shall mail a copy of the motion to dismiss [16] to Plaintiff, along with a copy of this order.

Docketing to mail notices.

isk