

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Ronald D. Granger

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Ghosh M.D.

Dr. Mcfaddan M.D.

Dr. Zaire M.D.

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**F I L E D**

**JUL 1 7 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 08 CV 39
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**                          **AMENDED COMPLAINT**

_____        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
              U.S. Code** (state, county, or municipal defendants)

__X__         **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
              28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

    A.   Name: _Ronald D. Granger_

    B.   List all aliases: _None_

    C.   Prisoner identification number: _B-24617_

    D.   Place of present confinement: _Stateville C.C. P.O. Box_

    E.   Address: _P.O. Box 112 Joliet IL 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D.
number, place of confinement, and current address according to the above format on a
separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank.  Space
for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _Dr Ghosh M.D._

         Title: _Dr_

         Place of Employment: _Stateville C.C. H.U.C._

    B.   Defendant: _Dr McFadden M.D._

         Title: _Dr._

         Place of Employment: _Stateville C.C. Dialysis_

    C.   Defendant: _Dr. Zaire M.D._

         Title: _Dr_

         Place of Employment: _Graham C.C._

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.**    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    **A.**    Name of case and docket number: _____

        _____

    **B.**    Approximate date of filing lawsuit: _____

    **C.**    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

        _____

        _____

        _____

    **D.**    List all defendants: _____

        _____

        _____

        _____

    **E.**    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    **F.**    Name of judge to whom case was assigned: _____

        _____

    **G.**    Basic claim made:_____

        _____

        _____

    **H.**    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

        _____

        _____

    **I.**    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Asking for A Medical Release or Home Monitor E.D. or Settlement

**VI.**    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __23__ day of __June__, 20 __08__

Ronald D. Granger

(Signature of plaintiff or plaintiffs)

Ronald D. Granger

(Print name)

B-24617 Ronald. Granger

(I.D. Number) B-24617

P.O. Box 112 Joliet IL 60434

(Address)

Revised 9/2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Ronald D. Granger
**PLAINTIFF**

CASE NO. 08-C 39

VS.

Dr. Zaire M.D.
**DEFENDANT**

## PROOF OF SERVICE

TO: _Judge_

TO: _AH_

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 20 day of June , 08 , I served a copy of this _____ to each person whom it is directed by way of

Name Ronald D. Granger

Address Stateville C.C.

City/Zip P.O. Box 112 60434